|  | * | IN THE |
| IN THE MATTER OF THE APPLICATION OF JAMES FLEMING DRUMMOND, JR. TO RESIGN FROM THE PRACTICE OF LAW IN MARYLAND | * * * * * * | SUPREME COURT OF MARYLAND AG No. 48 September Term, 2024 |

**ORDER**

Upon consideration of the application to resign from the practice of law filed by James Fleming Drummond, Jr. on March 28, 2025, and Bar Counsel's response to the application filed on March 28, 2025, advising that Bar Counsel conducted an investigation and is satisfied that the requirements of Rule 19-735(b) have been met and requests that the application be accepted, it is this 31st day of March 2025,

ORDERED, by the Supreme Court of Maryland, that the resignation of James Fleming Drummond, Jr. from the Bar of the State of Maryland is accepted; and it is further

ORDERED, that, pursuant to Rule 19-735(e), the Clerk of this Court shall remove the name James Fleming Drummond, Jr. from the register of attorneys in the Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and the Clerks of all judicial tribunals in this State; and it is further

ORDERED, that the Clerk of the Court shall give any notice required by Rule 19-707(e).

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Shirley M. Watts
Senior Justice

Gregory Hilton, Clerk